STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Teddy Paul Sorrells
Jeansonne & Remondet
200 W. Congress St., Ste. 1100
Lafayette LA 70501

Michael J. Remondet, Jr.
Jeansonne & Remondet
P.O Box 91530
Lafayette LA 70509

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 15, 2020

**REHEARING ACTION: July 15, 2020**

**Docket Number: 19   00753-CA consolidated with 711-CW**

**PATRICK WILLIAMS**
**VERSUS**
**UNIVERSITY OF LOUISIANA LAFAYETTE, ET AL.**

**Appealed from Lafayette Parish Case No. C-20176895**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Cajundome Commission** has this day been

    **DENIED**

cc: Robert A. Mahtook, Jr., Counsel for the Appellee
   Julie I. Faulk, Counsel for the Appellee
   Jazmine A. Torres, Counsel for the Appellee
   Tracy Peter Curtis, Counsel for the Appellee
   Curtis Lee Hollinger, Jr., Counsel for the Appellee
   Travis Louis Bourgeois, Counsel for the Appellant
   Grant Herrin, Counsel for the Appellant
   Andre Collins Gaudin, Counsel for the Appellee
   Scott Owen Gaspard, Counsel for the Appellee